IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYANT LEE BAYNARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA, et al. | : | NO. 15-5866 |

**ORDER**

AND NOW, this 3rd day of November, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

WENDY BEETLESTONE, J.